UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| RONALD EDWARD SCIORTINO, | } | CASE NO. A17-67245-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

### CHAPTER 13 TRUSTEE'S MOTION OBJECTING TO DISCHARGE

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee in the above-styled matter, and files this Motion Objecting to Discharge, respectfully showing the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on October 2, 2017. The Debtor filed a previous case, 14-71765-BEM, under Chapter 13 on November 3, 2014. The case was converted to Chapter 7 on February 10, 2015. The Debtor received a discharge in that case on February 13, 2017. Thus, pursuant to 11 U.S.C. Section 1328(f)(1) and F.R.B.P. 4004(a), it does not appear that the Debtor is eligible to receive a discharge in this case.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays:

(a)   for an order that denies discharge in this case; and

(b)   for any such further relief as the Court may deem just, necessary, and proper.

Respectfully submitted this 22nd day of November, 2017.

          /s/
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| RONALD EDWARD SCIORTINO, | } | CASE NO. A17-67245-BEM |
| | } | |
| DEBTOR(S) | } | JUDGE ELLIS-MONRO |

**NOTICE OF HEARING ON MOTION TO DENY DISCHARGE**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion Objecting to Discharge and related exhibits with the Court seeking an order denying discharge in this case.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **December 19, 2017** at **11:00 a.m.** in **Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**.

Your rights may affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**. You must also mail a copy of your request to the undersigned at the address stated below.

/s/
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S), PRO SE:

Ronald Edward Sciortino
6038 Eagles Rest Trail
Sugar Hill, GA 30518

ATTORNEY(S):

Guy Gebhardt
United States Trustee for Region 21
75 Ted Turner Drive, SW, Room 362
Atlanta, GA 30303

and all parties of interest on the attached creditor matrix

in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 22nd day of November, 2017.

_____/s/_____
Sonya M. Buckley
Attorney for the Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

A17-67245-BEM

City of Sugar Hill
5039 West Broad Street
Sugar Hill, GA 30518

Dorough & Dorough, LLC
160 Clairemont Avenue Suite 650
Decatur, GA 30030

ERC
P.O. Box 57610
Jacksonville, FL 32241

Georgia Highlands Medical Services
PO Box 307
Cumming, GA 30028

Gwinnett County
Department of Water Resources
684 Winder Highway
Lawrenceville, GA 30045

GWINNETT COUNTY TAX
COMMISSIONER
POST OFFICE BOX 372
LAWRENCEVILLE, GA 30046

LabCorp
PO Box 2230
Burlington, NC 27216

Laboratory Corporation of America
P.O. Box 2240
Burlington, NC 27216-2240

MTGLQ Investors, L.P.
Bowling Green Station
PO Box 1110
New York, NY 10247

MTGLQ Investors, L.P.
c/o Marinosci & Baxter
Attn: Christopher K. Baxter, Attorney
14643 Dallas Parkway, Suite 750
Dallas, GA 75254

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

A17-67245-BEM

MTGLQ Investors, L.P.
601 I Connection Drive
Irving TX, 75039

Northside Hospital
1100 Johnson Ferry Road, Suite 780
Atlanta, GA 30342

Northside Radiology Associates
2 Meridian BLVD 2ND Floor
Wyomissing, PA 19610-3202

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631

Sawnee EMC
PO Box 266
Cumming, GA 30028

SAWNEE EMC
543 ATLANTA HWY
CUMMING, GA 30040-2701

Selene Finance LP
9990 Richmond Ave, Suite 400 South
Houston, TX 77042

Shapiro Pendergast & Hasty LLP
211 Perimeter Center Parkway NE, Suite 300
Atlanta, GA 30346

STATE FARM
1161 WHITLOCK AVE SW
MARIETTA, GA 30064

SUGAR HILL GAS
5039 WEST BROAD STREET
SUGAR HILL, GA 30518

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23286

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

A17-67245-BEM

TruGreen Lawn
1790 Kirby Pkwy Ste 300
Memphis, TN 38138

WILD TIMBER Homeowners Association, Inc.
2555 Westside Pkwy, Suite 600
Alpharetta, GA 30004

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com