**IT IS ORDERED as set forth below:**

**Date: January 2, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION


IN RE:                          }   CHAPTER 13
                                }
RONALD EDWARD SCIORTINO,        }   CASE NO. A17-67245-BEM
                                }
    DEBTOR(S)                   }   JUDGE ELLIS-MONRO
```

### ORDER ON TRUSTEE'S MOTION OBJECTING TO DISCHARGE

The Chapter 13 Trustee's Motion Objecting to Discharge came before this Court at a hearing held December 19, 2017. It appearing that no opposition to the Trustee's Motion was heard at the call of the Court's calendar, it is hereby

ORDERED that the Trustee's Motion Objecting to Discharge is GRANTED and the above-styled Debtor is not eligible for a discharge in this case pursuant to 11 U.S.C. Section 1328(f)(1).

The Clerk of Court shall serve a copy of this Order to the Debtor, Pro Se, the Chapter 13 Trustee and all parties in interest.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
Sonya M. Buckley, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 140987
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com